## UNITED STATES v. BORGFELDT et al.

(Circuit Court of Appeals, Second Circuit. February 1, 1897.)

CUSTOMS DUTIES—CLASSIFICATION—TOOTHPICKS.

Toothpicks were not dutiable as "quills, prepared or unprepared," under paragraph 768 of the act of March 3, 1883, but as nonenumerated articles, manufactured in part, under Rev. St. § 2516.

Appeal from the Circuit Court of the United States for the Southern District of New York.

This was an appeal from a decision of the board of general appraisers in respect to the classification of certain merchandise im-

ported by Borgfeldt & Co. The circuit court reversed the decision of the board, and the United States appealed.

Henry D. Sedgwick, for the United States.

Albert Comstock, for appellees.

Before WALLACE, LACOMBE, and SHIPMAN, Circuit Judges.

PER CURIAM. We agree with the board of general appraisers that the importations in controversy—toothpicks—were not dutiable as "quills, prepared or unprepared," under paragraph 768 of the tariff act of March 3, 1883, and that such provision is intended to apply to quills in their natural condition, or prepared by cleaning, bleaching, scouring, etc., and not to those which have been advanced and transformed into a new article of commerce, having a distinct name, and adapted for a new use; and that they were properly classified as unenumerated articles, manufactured in part, under section 2516, Rev. St. The decision of the circuit court is therefore reversed, and that of the board of appraisers affirmed.